# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN W. BARTLEY and ELENA D. BARTLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, <br><br> Defendant. | Case No.: 2:12-cv-02169-GMN-CWH <br><br> **ORDER** |

On February 18, 2014, the Court dismissed Plaintiffs' claims and gave leave to amend by March 5, 2014, warning that failure to do so may result in dismissal with prejudice. (Order, ECF No. 12). That deadline has now elapsed, and Plaintiffs have failed to file an amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Complaint is dismissed with prejudice. The Clerk shall close the case and enter judgment accordingly.

**DATED** this 6th day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court